# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TED MCCRACKEN, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 07-CV-2018 |
| | : | |
| FORD MOTOR CO. et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this \_\_\_1st\_\_\_\_ day of May, 2009, it is **ORDERED** that the above captioned action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction.

s/Anita B. Brody

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:     Copies **MAILED** on _____ to: